**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Gerald Miller | : | Chapter 13 |
| | : | Case No.: 22-11821-ELF |
|    Debtor(s) | : | |

# O R D E R

AND NOW, this <u>27th</u> day of <u>August</u>, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby **ORDERED** that the Motion that is **GRANTED**, and the Debtor is given an extension to file all required documents with the Court **on or before August 8, 2022**.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**