**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Gerald Miller | | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11821 elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/12/2022 and 7/27/2022, this case is hereby DISMISSED.

Date:  8/10/22

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable

bfmisdoc elf (1/22/15)